IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 18 C 4224 |
| | ) | |
| BBWH HOSPITALITY, LLC, a Delaware limited liability company, d/b/a BATTERY WHARF HOTEL, | ) ) ) | JUDGE ELAINE E. BUCKLO MAGISTRATE MARIA VALDEZ |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BBWH HOSPITALITY, LLC, a Delaware limited liability company, d/b/a BATTERY WHARF HOTEL, in the total amount of $114,544.18, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,020.00.

On July 2, 2018, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lisa Zimmer, Process Receiver) at the registered office of record in Massachusetts (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 24, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>26th</u> day of <u>July 2018</u>:

        Capitol Corporate Services, Inc., Registered Agent
        BBWH Hospitality, LLC
        44 School Street, Room 325
        Boston, MA   02108-4209

        BBWH Hospitality, LLC
        d/b/a Battery Wharf Hotel
        3 Battery Wharf
        Boston, MA   02109-1098

        /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Battery Wharf Hotel\motion for default judgment.lmf.df.wpd